THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONNIE LEE TAGGART, Defendant-Appellant.

(No. 56184;

First District (1st Division)—February 20, 1973.

Opinion by Mr. JUSTICE EGAN.

James J. Doherty, Public Defender, of Chicago, (John T. Moran, Jr., Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Anthony R. Shaker, Assistant State's Attorneys, of counsel,) for the People.

THE BOARD OF EDUCATION OF DISTRICT No. 68, Plaintiff-Appellant, *v.* GREEN VALLEY BUILDERS, INCORPORATED, Defendant-Appellee.

(No. 71-332;

Second District—February 23, 1973.